1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  CARLOTTA P LUSTIK,                    CASE NO. C15-1775JLR

11                  Plaintiff,             ORDER OF DISMISSAL

12         v.

13  HAL ANTILLEN NV, et al.,

14                  Defendants.

15   The court having been notified of the settlement of this matter and it appearing

16  that no issue remains for the court's determination:

17   IT IS ORDERED that this action and all claims asserted herein are DISMISSED

18  with prejudice and without costs to any party.

19   In the event settlement is not perfected, any party may move to reopen the case,

20  //

21  //

22  //

ORDER - 1

1  provided such motion is filed within **60** days of the date of this order. Any trial date and

2  pretrial dates previously set are hereby VACATED.

3  Dated this 21st day of July, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2